UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TOBY FLAM, individually and on behalf of
all others similarly situated,

JUDGMENT

Plaintiff,

20-cv-02750 (BMC)

v.

UNITED COLLECTION BUREAU, INC.,
and JOHN DOES 1-25

Respondent.
----------------------------------------------------------------X

A Minute Entry and Order for oral argument held on August 13, 2020 before the Honorable Brian M. Cogan, United States District Judge having been filed on August 13, 2020, granting defendant's motion to dismiss for the reasons stated on the record; and dismissing the complaint; it is

ORDERED and ADJUDGED that defendant's motion to dismiss is granted for the reasons stated on the record; and that the complaint is dismissed.

Dated: Brooklyn, New York
      August 14, 2020

Douglas C. Palmer
Clerk of Court

By:    */s/Jalitza Poveda*
        Deputy Clerk